NUMBER 13-01-773-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


JOSE MANUEL RIVERA , Appellant,
v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________
On appeal from the 156th District Court 

 of Live Oak County, Texas

__________________________________________________________________


O P I N I O N 


Before Chief Justice Valdez and Justices Hinojosa and Yanez 

Opinion Per Curiam


Appellant, JOSE MANUEL RIVERA , attempted to perfect an appeal from a judgment entered by the 156th District Court
of Live Oak County, Texas. On November 14, 2001 , the trial court granted appellant's motion for new trial.

The Court, having examined and fully considered the documents on file and the trial court's order granting a new trial, is of
the opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT
OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of February, 2002 .